UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>KRISTINE STRAM; VANCE VERDERAME; JERALD MADZIER, and Does 1-10,<br><br>　　　　Defendants. | Case No.: 2:14-cv-00888-KJM-EFB<br><br>**ORDER MODIFYING ORDER REQUIRING JOINT STATUS REPORT** |

TO ALL PARTIES AND THEIR ATTORNEYS' OF RECORD:  Pursuant to the stipulation of the parties, and for good cause shown, the Court hereby modifies to the April 10, 2014 Order Requiring Joint Status Report issued in this matter.  The Joint Status Report is now due on September 16, 2014.

**IT IS SO ORDERED.**

Dated: July 22, 2014

　　　　　　　　　　　　　　　　　　　　Troy L. Nunley
　　　　　　　　　　　　　　　　　　　　United States District Judge